UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
                                    :    Chapter 13
    Linda Marie Natale           :
                                    :    Bankruptcy No. 18-15671AMC
        Debtor.               :

# O R D E R

**AND NOW**, this 9th day of October, 2018, the Debtor having filed the above bankruptcy case on August 28, 2018,

**AND**, the Debtor having filed five (5) prior bankruptcy cases before the present case:

Including case number 03-32544, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on August 27, 2003 and discharged on January 19, 2006,

Including case number 15-15314, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on July 28, 2015 and dismissed on March 8, 2016 for failure to appear at the 341 meeting of creditors,

Including case number 16-14572, a Chapter 13 filed in the Eastern District of Pennsylvania Bankruptcy Court on June 28, 2016 and dismissed on February 7, 20107 for failure to make plan payments,

Including case number 17-13706, a Chapter 13 filed in the Eastern District of Pennsylvania Bankruptcy Court on May 29, 2017 and dismissed on January 30, 2018 for failure to propose an adequately funded plan,

Including case number 18-14840, a Chapter 13 filed in the Eastern District of Pennsylvania Bankruptcy Court on July 23, 2018 and dismissed on August 21, 2018 for failure to file documents,

**AND,** the docket reflecting that the Debtor has failed to file the below listed documents as requested by the Chapter 13 Trustee:

> Chapter 13 Plan
> Chapter 13 Statement of Your Current Monthly Income
> Calculation of Commitment Period Form 122C-1
> Means Test Calculation Form 122C-2
> Schedules AB-J
> Statement of Financial Affairs
> Summary of Assets and Liabilities FormB106

**AND,** the debtor having failed to appear at the hearing on the Trustee's Motion to Dismiss scheduled for October 9, 2018,

The Court finds that the debtor has filed this case in bad faith. The debtor's current bankruptcy case is hereby **DISMISSED**. Accordingly it is **ORDERED** that the Debtor is barred from filing future bankruptcy cases for a period of 365 days, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

It is also **ORDERED**, that should the debtor wish to file a new bankruptcy case, she should file a motion with this Court requesting permission to file a new bankruptcy case using the caption of the present case, Bankr. 18-15671, and shall serve such motion upon all of her creditors and the United States Trustee.

_____
Ashely M. Chan
United States Bankruptcy Judge