United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-15671-amc
Linda Marie Natale                                              Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD          Page 1 of 1              Date Rcvd: Oct 10, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.
db             +Linda Marie Natale,    1011 Maole Street,    Conshohocken, PA 19428-1451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                   TOTAL: 3

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :
                                              :    Chapter 13
    Linda Marie Natale                        :
                                              :    Bankruptcy No. 18-15671AMC
        Debtor.                               :

## O R D E R

**AND NOW**, this 9th day of October, 2018, the Debtor having filed the above bankruptcy case on August 28, 2018,

**AND**, the Debtor having filed five (5) prior bankruptcy cases before the present case:

Including case number 03-32544, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on August 27, 2003 and discharged on January 19, 2006,

Including case number 15-15314, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on July 28, 2015 and dismissed on March 8, 2016 for failure to appear at the 341 meeting of creditors,

Including case number 16-14572, a Chapter 13 filed in the Eastern District of Pennsylvania Bankruptcy Court on June 28, 2016 and dismissed on February 7, 20107 for failure to make plan payments,

Including case number 17-13706, a Chapter 13 filed in the Eastern District of Pennsylvania Bankruptcy Court on May 29, 2017 and dismissed on January 30, 2018 for failure to propose an adequately funded plan,

Including case number 18-14840, a Chapter 13 filed in the Eastern District of Pennsylvania Bankruptcy Court on July 23, 2018 and dismissed on August 21, 2018 for failure to file documents,

**AND,** the docket reflecting that the Debtor has failed to file the below listed documents as requested by the Chapter 13 Trustee:

> Chapter 13 Plan
> Chapter 13 Statement of Your Current Monthly Income
> Calculation of Commitment Period Form 122C-1
> Means Test Calculation Form 122C-2
> Schedules AB-J
> Statement of Financial Affairs
> Summary of Assets and Liabilities FormB106

**AND,** the debtor having failed to appear at the hearing on the Trustee's Motion to Dismiss scheduled for October 9, 2018,

The Court finds that the debtor has filed this case in bad faith. The debtor's current bankruptcy case is hereby **DISMISSED**. Accordingly it is **ORDERED** that the Debtor is barred from filing future bankruptcy cases for a period of 365 days, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

It is also **ORDERED**, that should the debtor wish to file a new bankruptcy case, she should file a motion with this Court requesting permission to file a new bankruptcy case using the caption of the present case, Bankr. 18-15671, and shall serve such motion upon all of her creditors and the United States Trustee.

_____
Ashely M. Chan
United States Bankruptcy Judge